1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300

5  Attorneys for Plaintiff
   SUNSET MOUNTAINS, INC., d/b/a
6  MOSAIC TILE MARKET

7                UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 SUNSET MOUNTAINS, INC., d/b/a           Case No.   C 07 4007 (JCS)
   MOSAIC TILE MARKET, a California
11 corporation,                            DECLINATION TO PROCEED
                                           BEFORE A MAGISTRATE JUDGE
12              Plaintiff,                 AND
                                           REQUEST FOR REASSIGNMENT TO A
13      v.                                 UNITED STATES DISTRICT JUDGE

14 MOSAIC TILE SUPPLIES, LLC, a Texas
   limited liability company,
15
                Defendant.
16

17     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18     The undersigned party in the above-captioned matter hereby declines to consent to the

19 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

20 requests the reassignment of this case to a United States District Judge.

21 DATED: August 16, 2007          Respectfully submitted,

22                                 By:     /Judith M. Schvimmer/
                                          Paul W. Vapnek
23                                        Judith M. Schvimmer
                                          TOWNSEND AND TOWNSEND AND CREW LLP
24                                        Two Embarcadero Center, Eighth Floor
                                          San Francisco, California  94111
25                                        Telephone:  (415) 576-0200
                                          Facsimile:  (415) 576-0300
26
                                          Attorneys for Plaintiff
27                                        SUNSET MOUNTAINS, INC., d/b/a
                                          MOSAIC TILE MARKET
28

61126209 v1