UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a<br>MOSAIC TILE MARKET<br><br>　　　　　　　　　Plaintiff<br>　　　-vs-<br>MOSAIC TILE SUPPLIES, LLC<br>　　　　　　　　　Defendant | C 07 4007<br>AFFIDAVIT OF AUTHORIZED SERVICE<br><br>Summons, Complaint for Declaratory Judgment and Damages, Demand for Jury Trial, US District Court, San Francisco information, Notice of Case Assignment, Consent to Proceed Before a United States Magistrate Judge and Order Setting Initial Case Management Conference and ADR Deadlines |

Received by 1-800-SERVE-EM on August 4, 2007 at 9:35 AM to be served on Mosaic Tile Supplies, LLC.

I, Janie Kessler, who being duly sworn, depose and say that on August 4, 2007 at 8:08 PM, I:

Served Mosaic Tile Supplies, LLC by delivering a true copy of the Summons, Complaint for Declaratory Judgment and Damages, Demand for Jury Trial, US District Court, San Francisco information, Notice of Case Assignment, Consent to Proceed Before a United States Magistrate Judge and Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour of service endorsed thereon by me, to Haleigh Stallworth, authorized to accept service at 555 Black Branch Road Coldspring, TX 77331.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

　　　　　　　　　　　　　　　　_Janie Kessler_　　#SCH000000732
　　　　　　　　　　　　　　　　Janie Kessler
　　　　　　　　　　　　　　　　1-800-SERVE-EM
　　　　　　　　　　　　　　　　800.737.8336
　　　　　　　　　　　　　　　　Job Serial Number: 2007231317
　　　　　　　　　　　　　　　　Reference: C 07 4007

State of:
County of:
Subscribed and sworn to before me,

_Mickey Stafford_
NOTARY PUBLIC

MICKEY STAFFORD
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 7/31/10

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET<br><br>Plaintiff<br><br>-vs-<br><br>MOSAIC TILE SUPPLIES, LLC<br><br>Defendant | ) ) ) ) ) ) ) ) ) | C 07 4007<br>AFFIDAVIT OF AUTHORIZED SERVICE<br><br>Summons, Complaint for Declaratory Judgment and Damages, Demand for Jury Trial, US District Court, San Francisco information, Notice of Case Assignment, Consent to Proceed Before a United States Magistrate Judge and Order Setting Initial Case Management Conference and ADR Deadlines |

Received by 1-800-SERVE-EM on August 4, 2007 at 9:34 AM to be served on Mosaic Tile Supplies, LLC ,

I, Janie Kessler, who being duly sworn, depose and say that on August 4, 2007 at 8:08 PM , I:

Served Mosaic Tile Supplies, LLC by delivering a true copy of the Summons, Complaint for Declaratory Judgment and Damages, Demand for Jury Trial, US District Court, San Francisco information, Notice of Case Assignment, Consent to Proceed Before a United States Magistrate Judge and Order Setting Initial Case Management Conference and ADR Deadlines with the date and hour of service endorsed thereon by me, to Randall Stallworth, authorized to accept service at 555 Black Branch Road Coldspring, TX 77331.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Janie Kessler    #SCH000000732
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2007231281
Reference: C 07 4007

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC



MICKEY STAFFORD
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 7/31/10