TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com
Attorneys for Plaintiff

DOZIER INTERNET LAW, P.C.
DARRIN HOLENDER (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
dholender@cybertriallawyer.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-------------------------------------------------------------- x
SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET, a California
Corporation                                     :

                    Plaintiff,                  :

     v.                                         :        CV 07-4007 PJH

                                                :        **STIPULATION**

MOSAIC TILE SUPPLIES, LLC, a Texas
Limited liability company,                      :

                    Defendant.                  :
-------------------------------------------------------------- x

*Sunset Mountains, Inc. d/b/a Mosaic Tile*        Page 1
*Market v. Mosaic Tile Supplies, LLC*
*Case No: CV07-4007 (JCS)*

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That Defendant's time to answer or otherwise move with respect to the complaint is hereby extended from August 24, 2007 to and including September 24, 2007;

2. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: August 24, 2007
San Francisco, California

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Judith M. Schvimmer
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

Dated: August 24, 2007
Beverly Hills, California

DOZIER INTERNET LAW, P.C.

By: /s/ Darrin Holender
Darrin Holender (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
dholender@cybertriallawyer.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
Case No: CV07-4007 (JCS)

Page 2

STIPULATION

1
2                    PURSUANT TO THE STIPULATION, IT IS SO ORDERED:
3
4  Dated: August __, 2007
5
                                                        _____
6                                                       Judge Phyllis J. Hamilton
7
...

27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*          Page 3
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (JCS)*

    STIPULATION