## GOLDSTEIN, FAUCETT & PREBEG
L.L.P.
*Attorneys at Law*

1177 WEST LOOP SOUTH
SUITE 400
HOUSTON, TX 77027

JODY M. GOLDSTEIN

TELEPHONE (713) 877-1515
FACSIMILE (713) 877-1737
E-MAIL: JGOLDSTEIN@GFPIPLAW.COM

February 6, 2007

David and Rebecca Bousfield
Mosaic Tile Market

Dear Mr. and Mrs. Bousfield,

    My firm represents Randall and Haleigh Stallworth, as well as Mosaic Tile Supplies ("MTS"). As you know, I have been kept apprised of the recent disputes between MTS and your company Mosaic Tile Market. The Stallworths believe the two companies are at an impasse and have turned the matter over to my firm in an attempt to clarify what role, if any, Mosaic Tile Market will have in the future with respect to stocking and selling MTS' products.

    In recent phone conversations, as well as correspondence, you have made it clear to the Stallworths that your company no longer wishes to serve as a distributor for MTS products. As you are aware, MTS owns trademark registrations, as well as common law trademark rights to its brand names. Furthermore, MTS owns copyrights both to its unique blends and to all sales and marketing literature used in conjunction with its products.

    The Stallworths are still willing to discuss roles that your company may play with respect to selling their products in the future. However, as you are aware, if it is not a distributor relationship, quantities and pricing must be adjusted accordingly.

    We are therefore giving you 72 hours to determine what sort of relationship you'd like to have going forward. Haleigh and Randall are happy to be of assistance in drawing up terms during that 72-hour period. However, if no agreement is reached in those 72 hours, Mosaic Tile Market must provide proof that it is promptly deleting all references to MTS products from its websites and sales literature in order to avoid being sued for trademark and copyright infringement. Obviously, if an agreement is reached, Mosaic Tile Market will only have to adjust its websites and/or sales literature to accurately reflect which MTS products it is licensed to sell.

**GOLDSTEIN, FAUCETT & PREBEG L.L.P.**

Feel free to contact me if I can be of further assistance. I look forward to a prompt resolution of this matter.

Very truly yours,

GOLDSTEIN, FAUCETT & PREBEG L.L.P.

Jody M. Goldstein