**Sent:** Friday, February 23, 2007 8:54 AM
**To:** sales@mosaictilemarket.com
**Cc:** jgoldstein@gfpiplaw.com
**Subject:** DN: www.mosaictilemarket.com; Registrar: Network Solutions; Host: Rackspace.com, Ltd. - Notice of Copyright Infringement/DMCA Take Down Demand per 17 USC 512
**Importance:** High

**VIA ELECTRONIC MAIL**

February 23, 2007

To Whom It May Concern:

Re: Potential Infringement of Copyrighted Material by www.mosaictilemarket.com

As you are aware, Network Solutions, LLC provides hosting services in connection with your Web site, www.mosaictilemarket.com. We have received a notice from Jody M. Goldstein, of Goldstein, Faucett and Prebeg, LLP, attorney for Randall & Kristin Stallworth and Mosaic Tile Supplies, claiming there is content on your Web site that is infringing on copyrighted material of Randall & Kristin Stallworth and Mosaic Tile Supplies (the "Claim"). Pursuant to the Digital Millennium Copyright Act (the "Act"), 17 U.S.C.S. §512, and our Acceptable Use Policy (the "AUP"), we will disable your Web site within forty-eight (48) hours of our sending this communication unless the dispute between the Notifying Party and yourself is resolved. We are not in a position to determine whether or not the allegations in the Claim are true, and therefore we take no position as to the accuracy of the Claim. If you immediately remove the content that is objectionable to the Notifying Party, or you otherwise resolve the matter with the Notifying Party, and the Notifying Party confirms that his Claim has been resolved, it might not be necessary for us to disable (or continue to disable) the Web site. If you dispute the substance of the Notifying Party's Claim and wish to provide a counter-notification pursuant to the Act, please provide any such counter-notification (and the information required by Section 512(g)(3) of the Act) to my attention at dmca@networksolutions.com and we will proceed accordingly. For your convenience, we have attached to this e-mail a copy of the Act as well as the informing notification from the Notifying Party. Please direct all questions regarding the allegedly infringing material to the Notifying Party, who is copied on this e-mail. If you are able to resolve this matter within the designated timeframe, please send via e-mail, being sure to include all involved parties, a notification to that effect.

Regards,

**Linda L. Larsen, Designated Agent**
**Network Solutions, LLC**
**Telephone: 703.668.5615**
**Facsimile: 703.668.5959**
**Email:** dmca@networksolutions.com

8/2/2007