# GOLDSTEIN, FAUCETT & PREBEG
LLP
*Attorneys at Law*

JODY M GOLDSTEIN

1177 WEST LOOP SOUTH
SUITE 400
HOUSTON, TX 77027

TELEPHONE (713) 877-1515
FACSIMILE (713) 877-1737
E-MAIL  JGOLDSTEIN@GFPIPLAW.COM

Monster Commerce, LLC
Legal Department
1 Bronze Pointe, Suite 1C
Belleville Illinois 62226

February 16, 2007

**Re: Notice of Copyright Infringement/DMCA Take Down Demand per 17 USC 512**

Regarding copyright infringement on the website located at the URL, http://www.mosaictilemarket.com.

Dear Monster Commerce, LLC, (DMCA Complaints):

Sunset Mountains, Inc. dba MosaicTileMarket.com, dba Mosaic Tile Market, dba Modwalls.com, and its managing partners Rebecca Lonergan and David Bousfield

located on the internet from the following URL: http://www.mosaictilemarket.com, which is marketed by Monstermarketplace.com and operating from the the IP address 207.97.198.164, are infringing copyrighted images and text belonging to my client, Mosaic Tile Supplies, LLC and its owners Randall & Kristin Stallworth

As required by US Copyright Law at 17 USC 512(c)(3), I am providing the following statement for a Takedown Demand based on DMCA; and, a copy will be mailed to your offices at the address above.

(3) Elements of Notification. -

(A) To be effective under this subsection, a notification of claimed infringement must be a written communication provided to the designated agent of a service provider that includes substantially the following:

(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

My name is Jody M. Goldstein.

## GOLDSTEIN, FAUCETT & PREBEG L.L.P.

I am authorized by my clients, Randall & Kristin Stallworth & Mosaic Tile Supplies, LLC, who are the owners of the images and text, to represent them in this Notice of Claimed Infringement.

I am mailing a signed copy of this e-mail to your office at (618) 355-0755, to the attention of:

Legal Dept., Monstermarketplace.com,
1 Bronze Pointe, Suite 1C,
Belleville, Illinois 62226


(ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

Product Photos, product designs, digital mockups, text, and related materials photographed, produced, written, &/or designed by Mosaic Tile Supplies, LLC and its owners, and published with copyright notices at the URL www.mosaictilesupplies.com, between 2002 and 2007.

(iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.

Please see the attached listing of specific images and pages, including the location of each by URL and file name.

(iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.

Jody Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South Ste. 400
Houston, TX 77027

(v) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Case 3:07-cv-04007-PJH    Document 11-4    Filed 08/29/2007    Page 3 of 3

**GOLDSTEIN, FAUCETT & PREBEG L.L.P.**

I affirm that I, Jody Goldstein, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

(vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

I affirm that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please feel free to contact me at 713-877-1515 with any questions.

Very truly yours,

GOLDSTEIN, FAUCETT & PREBEG, L.L.P.

Jody M. Goldstein