# Dozier Internet Law, P.C.

Dozier Internet Law, P.C.
301 Concourse Blvd.
West Shore III, Suite 301
Glen Allen, VA 23059
Phone: (804) 346-9770
Fax: (804) 346-0800
www.cyberrislawyer.com

August 1, 2007

**VIA EMAIL:** lawcruzmlc@aol.com
**VIA FACSIMILE:** (831) 475-3486

Mary Lee Crooks, Esq
Soquel Financial Center
4630 Soquel Drive, Suite 4
Soquel, California 95073

Re:    Mosaic Tile Supplies, LLC in re: Trademark Infringement
       Our File No: 0475-001

Dear Ms. Crooks:

We are responding to your July 31, 2007 letter requesting clarification of some issues. As to the first issue, the licensing agreement to which we refer was established through the relationship of the parties. Regardless of your position on whether there was a "formal or structured" licensing agreement, it is still our opinion that your client is violating the terms of the agreement with our client.

With regard to the second issue, we are requesting this documentation because your client has agreed to sell only its remaining inventory of our client's products and to remove references to our client's products as the inventory is sold. During this process, your client continues to display, sell, and use our client's products to drive traffic and obtain customers for its own products. This information is necessary to determine how to end this business relationship without an indefinite timeline. Additionally, this data will provide us with accurate information which will allow us to determine what needs to be included in a settlement agreement between the parties. Your client should be able to obtain this information and documentation in a matter of minutes.

Finally, with regard to the copyright issue, we have discussed the matter with our client and all photos or images that are owned or taken by your client were previously removed. The present images appearing on our client's website were taken by customers who have used our client's products. It is those customers who own the copyright, not Sunset Mountains.

It is apparent after six months of delay and stalling, despite protestations by your client to the contrary, that your client is not taking this matter seriously. Our client is no longer interested in settling this matter. Our client has directed us to prepare a complaint to be filed in the United States District Court for the Southern District of Texas. Our next communication will be service of this complaint.

Sincerely,

Donald E. Morris, Esq.

DEM/ntm

cc: Mosaic Tile Supplies, LLC