

Plum Solid          Bright Green Solid          Sage Solid          Lavender Solid

Greek Key Sheets $35.00 per sheet.   (1.15 sq. ft.) 225 Pieces Mesh Mounted
Solid Color Field Tile $25.00 per sheet.   (1.15 sq. ft.) 225 Pieces Mesh Mounted

Back

**We Do NOT have a printed catalog.  The web site is our catalog.**

## Contact Information

Telephone Numbers:   California Sales Office:(408) 353-8428
Texas Admin. Office: (936)653-8099

Mailing Addresses:

Mosaic Tile Market
P.O. Box 33011
Los Gatos, CA   95031
and
Mosaic Tile Supplies
100 Anthony Ln.
Coldspring, TX 77331

Electronic mail:
General Information: Inquiries
Technical Issues: Webmaster

Send mail with any questions or comments to:
Service