TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com
Attorneys for Plaintiff

DOZIER INTERNET LAW, P.C.
DARRIN HOLENDER (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
darrin@cybertriallawyer.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---------------------------------------------------------------- x

SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET, a California
Corporation                                                                   :

                  Plaintiff,                                      :

    v.                                                                               :       CV07-4007 PJH

                                              :       **STIPULATION**

MOSAIC TILE SUPPLIES, LLC, a Texas
Limited liability company,                                            :

                  Defendant.                                   :

---------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That the parties have previously stipulated to extend Defendant's time to answer or otherwise move with respect to the Complaint from August 24, 2007 to and including September 24, 2007;

2. That Plaintiff served Defendant with Plaintiff's First Amended Complaint on September 4, 2007, thereby making September 18, 2007 the date by which Defendant must answer or otherwise move with respect to the First Amended Complaint;

3. That Defendant's time to answer or otherwise move with respect to the First Amended Complaint is hereby extended from September 18, 2007 to and including October 18, 2007; and

4. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: September 12, 2007　　　　　　　　TOWNSEND AND TOWNSEND AND CREW LLP
San Francisco, California

By: _____
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile*　　　Page 2
*Market v. Mosaic Tile Supplies, LLC*
Case No: CV07-4007 (PJH)

STIPULATION

1
2  Dated: September 12, 2007          DOZIER INTERNET LAW, P.C.
   Beverly Hills, California
3
4                                     By: _____
                                      Darrin Molender (State Bar No. 237015)
5                                     9701 Wilshire Boulevard
                                      Suite 925
6                                     Beverly Hills, California 90212
                                      Telephone: (310) 651-3011
7                                     Facsimile: (310) 651-3012
                                      darrin@cybertriallawyer.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*      Page 3
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (PJH)*

    STIPULATION

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: September __, 2007

_____
Judge Phyllis J. Hamilton

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
*Case No: CV07-4007 (PJH)*

Page 4

STIPULATION