1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  pwvapnek@townsend.com
6  jmschvimmer@townsend.com
   Attorneys for Plaintiff
7
   DOZIER INTERNET LAW, P.C.
8  DARRIN HOLENDER (State Bar No. 237015)
   9701 Wilshire Boulevard
9  Suite 925
10 Beverly Hills, California 90212
   Telephone: (310) 651-3011
11 Facsimile: (310) 651-3012
   darrin@cybertriallawyer.com
12 Attorneys for Defendant

13 _____

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 ------------------------------------------------------------x

17 SUNSET MOUNTAINS, INC., d/b/a
   MOSAIC TILE MARKET, a California
18 Corporation                                    :

19              Plaintiff,                        :

20      v.                                        :    CV07-4007 PJH

21                                                :    **STIPULATION**

22 MOSAIC TILE SUPPLIES, LLC, a Texas
   Limited liability company,                     :
23
                Defendant.                        :
24 ------------------------------------------------------------x

25

26

27 *Sunset Mountains, Inc. d/b/a Mosaic Tile*          Page 1
   *Market v. Mosaic Tile Supplies, LLC*
   *Case No: CV07-4007 (PJH)*

   STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That the parties have previously stipulated to extend Defendant's time to answer or otherwise move with respect to the Complaint from August 24, 2007 to and including September 24, 2007;

2. That Plaintiff served Defendant with Plaintiff's First Amended Complaint on September 4, 2007, thereby making September 18, 2007 the date by which Defendant must answer or otherwise move with respect to the First Amended Complaint;

3. That Defendant's time to answer or otherwise move with respect to the First Amended Complaint is hereby extended from September 18, 2007 to and including October 18, 2007; and

4. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: September 12, 2007
San Francisco, California

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
Case No: CV07-4007 (PJH)

Page 2

STIPULATION

1
2  Dated: September 12, 2007            DOZIER INTERNET LAW, P.C.
   Beverly Hills, California
3
4                                        By: /s/
                                         Darrin Molender (State Bar No. 237015)
5                                        9701 Wilshire Boulevard
                                         Suite 925
6                                        Beverly Hills, California 90212
                                         Telephone: (310) 651-3011
7                                        Facsimile: (310) 651-3012
                                         darrin@cybertriallawyer.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*   Page 3
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (PJH)*

    STIPULATION

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: September 13, 2007



Judge Phyllis J. Hamilton

IT IS SO ORDERED

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
*Case No: CV07-4007 (PJH)*

Page 4

STIPULATION