```
 1   TOWNSEND AND TOWNSEND AND CREW LLP
     PAUL W. VAPNEK (State Bar No. 36576)
 2   JUDITH M. SCHVIMMER (State Bar No. 230285)
 3   Two Embarcadero Center, 8th Floor
     San Francisco, California 94111
 4   Telephone: (415) 576-0200
     Facsimile: (415) 576-0300
 5   pwvapnek@townsend.com
     jmschvimmer@townsend.com
 6   Attorneys for Plaintiff
 7
     DOZIER INTERNET LAW, P.C.
 8   DARRIN HOLENDER (State Bar No. 237015)
     9701 Wilshire Boulevard
 9   Suite 925
10   Beverly Hills, California 90212
     Telephone: (310) 651-3011
11   Facsimile: (310) 651-3012
     darrin@cybertriallawyer.com
12   Attorneys for Defendant
13   _____
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------ x

SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET, a California
Corporation                                      :

                    Plaintiff,                   :

        v.                                       :        CV07-4007 PJH

                                                 :        **STIPULATION**
MOSAIC TILE SUPPLIES, LLC, a Texas
Limited liability company,                       :

                    Defendant.                   :
------------------------------------------------------------ x


*Sunset Mountains, Inc. d/b/a Mosaic Tile*        Page 1
*Market v. Mosaic Tile Supplies, LLC*
*Case No: CV07-4007 (PJH)*

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That the parties have previously stipulated to extend Defendant's time to answer or otherwise move with respect to the First Amended Complaint from September 18, 2007 to and including October 18, 2007;

2. That Defendant's time to answer or otherwise move with respect to the First Amended Complaint is hereby extended from October 18, 2007 to and including November 16, 2007; and

3. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: October 17, 2007
San Francisco, California

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Judith M. Schvimmer
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
Case No: CV07-4007 (PJH)

Page 2

STIPULATION

| | | |
|---|---|---|
|1| Dated: October 16, 2007<br>Beverly Hills, California | DOZIER INTERNET LAW, P.C. |
|2| | |
|3| | By: _____<br>Darrin Holender (State Bar No. 237015) |
|4| | 9701 Wilshire Boulevard<br>Suite 925 |
|5| | Beverly Hills, California 90212<br>Telephone: (310) 651-3011 |
|6| | Facsimile: (310) 651-3012<br>dholender@cybertriallawyer.com |
|7| | |
|8| | |
|9| | PURSUANT TO THE STIPULATION, IT IS SO ORDERED: |
|10| | |
|11| Dated: October __, 2007 | |
|12| | |
|13| | _____<br>Judge Phyllis J. Hamilton |

27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*   Page 3
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (PJH)*

STIPULATION