```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    PAUL W. VAPNEK (State Bar No. 36576)
 2  JUDITH M. SCHVIMMER (State Bar No. 230285)
 3  Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
 4  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
 5  pwvapnek@townsend.com
 6  jmschvimmer@townsend.com
    Attorneys for Plaintiff
 7
    DOZIER INTERNET LAW, P.C.
 8  DARRIN HOLENDER (State Bar No. 237015)
    9701 Wilshire Boulevard
 9  Suite 925
10  Beverly Hills, California 90212
    Telephone: (310) 651-3011
11  Facsimile: (310) 651-3012
    darrin@cybertriallawyer.com
12  Attorneys for Defendant
13  _____
14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16  ---------------------------------------------------------------- x
    SUNSET MOUNTAINS, INC., d/b/a
17  MOSAIC TILE MARKET, a California
    Corporation                                    :
18
                        Plaintiff,                 :
19
20          v.                                     :   CV07-4007 PJH

21                                                 :   **STIPULATION** AND ORDER
    MOSAIC TILE SUPPLIES, LLC, a Texas
22  Limited liability company,                     :

23                      Defendant.                 :
24  ---------------------------------------------------------------- x
25

26

27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*        Page 1
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (PJH)*

    STIPULATION
```

1   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the
2   undersigned:
3   1.  That the parties have previously stipulated to extend Defendant's time to answer or
4   otherwise move with respect to the First Amended Complaint from September 18, 2007 to and
5   including October 18, 2007;
6   2.  That Defendant's time to answer or otherwise move with respect to the First
7   Amended Complaint is hereby extended from October 18, 2007 to and including November 16,
8   2007; and
9
10  3.  That this request is being made as the parties are engaged in negotiations towards a
11  good faith settlement of this matter.

Dated: October 17, 2007
San Francisco, California

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Judith M. Schvimmer
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile*   Page 2
*Market v. Mosaic Tile Supplies, LLC*
*Case No: CV07-4007 (PJH)*

STIPULATION

1  Dated: October 16, 2007
   Beverly Hills, California

   DOZIER INTERNET LAW, P.C.

2  By: _____
3  Darrin Holender (State Bar No. 237015)
   9701 Wilshire Boulevard
4  Suite 925
   Beverly Hills, California 90212
5  Telephone: (310) 651-3011
   Facsimile: (310) 651-3012
6  dholender@cybertriallawyer.com

7

8

9  PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

10

11 Dated: October 18, 2007

12

13 Judge Phyllis J. Hamilton

   IT IS SO ORDERED
   Judge Phyllis J. Hamilton
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

27 *Sunset Mountains, Inc. d/b/a Mosaic Tile*     Page 3
   *Market v. Mosaic Tile Supplies, LLC*
   *Case No: CV07-4007 (PJH)*

   STIPULATION