TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com
Attorneys for Plaintiff

DOZIER INTERNET LAW, P.C.
DARRIN HOLENDER (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
darrin@cybertriallawyer.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---

SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET, a California
Corporation                             :

                Plaintiff,        :

   v.                                   :        CV07-4007 PJH

                                  :        **STIPULATION**

MOSAIC TILE SUPPLIES, LLC, a Texas
Limited liability company,              :

                Defendant.        :

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through the undersigned:

1. That the parties have been ordered to appear before this Court on November 8, 2007, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, to conduct a Case Management Conference;

2. That pursuant to an October 18, 2007 order by this Court, Defendant's time to answer or otherwise move with respect to the First Amended Complaint has been extended from October 18, 2007 to and including November 16, 2007;

3. That the order extending time for Defendant to answer or otherwise move was asked for and granted because the parties are engaged in negotiations towards a good faith settlement of this matter;

4. That the conference scheduled for November 8, 2007 be rescheduled for December 13, 2007, or the next available date soon thereafter that this Court deems appropriate; and

5. That this request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter.

Dated: October 26, 2007
San Francisco, California

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
Judith M. Schvimmer (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
jmschvimmer@townsend.com

*Sunset Mountains, Inc. d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC*
Case No.: CV07-4007 (PJH)

Page 2

STIPULATION

1

2
3  Dated: October 26, 2007    DOZIER INTERNET LAW, P.C.
   Beverly Hills, California

4
                              By: _____
5                             Darrin Holender (State Bar No. 237015)
                              9701 Wilshire Boulevard
6                             Suite 925
                              Beverly Hills, California 90212
7                             Telephone: (310) 651-3011
                              Facsimile: (310) 651-3012
8                             dholender@cybertriallawyer.com

9

10

11

12

13             PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

14

15  Dated: October __, 2007

16

17                                          _____
                                            Judge Phyllis J. Hamilton
18

19

20

21

22

23

24

25

26

27  *Sunset Mountains, Inc. d/b/a Mosaic Tile*     Page 3
    *Market v. Mosaic Tile Supplies, LLC*
    *Case No: CV07-4007 (PJH)*

    STIPULATION