DOZIER INTERNET LAW, P.C.
DARRIN HOLENDER (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
darrin@cybertriallawyer.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>Defendant. | Case No.: C-07-4007 (PJH)<br><br>**NOTICE OF APPEARANCE**<br><br>**JUDGE:  HON. PHYLLIS J. HAMILTON** |

TO:       The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE THAT the undersigned attorney is appearing for Defendant Mosaic Tile Supplies, LLC in the above-entitled action and requests that all future papers or pleadings except original process be served upon the said attorney at their address stated below.

- 1 -
Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**NOTICE OF APPEARANCE**

Darrin Holender (State Bar No. 237015)
DOZIER INTERNET LAW, P.C.
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
dholender@cybertriallawyer.com

I certify that the above counsel is admitted to practice in this court.

Dated: November 16, 2007
Beverly Hills, California

_/s/__Darrin Holender_____
Darrin Holender (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
dholender@cybertriallawyer.com

- 2 -
Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Paul W. Vapnek, Esq. (State Bar No. 36576)
    Judith M. Schvimmer, Esq. (State Bar No. 230285)
    TOWNSEND AND TOWNSEND AND CREW LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
    pwvapnek@townsend.com
    jmschvimmer@townsend.com

    *Attorneys for Plaintiff Sunset Mountains, Inc.*

    /s/ Darrin Holender
    Darrin Holender (State Bar No. 237015)
    DOZIER INTERNET LAW, P.C.
    9701 Wilshire Boulevard
    Suite 925
    Beverly Hills, California 90212
    Telephone: (310) 651-3011
    Facsimile: (310) 651-3012
    dholender@cybertriallawyer.com

    *Attorneys for Defendant Mosaic Tile Supplies, LLC*