DOZIER INTERNET LAW, P.C.
DARRIN HOLENDER (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
darrin@cybertriallawyer.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>Defendant. | Case No.: C-07-4007 (PJH)<br><br>**MOSAIC TILE SUPPLIES, LLC'S DISCLOSURE STATEMENT**<br><br>**JUDGE: HON. PHYLLIS J. HAMILTON** |

Mosaic Tile Supplies, LLC ("Mosaic Tile") certifies that it is a non-governmental limited liability company organized and existing under the laws of the State of Texas, with its principal place of business in Coldspring, Texas. Mosaic Tile submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the judges of this Court:

1. Mosaic Tile is not a publicly-held corporation or other publicly-held entity;

2. Mosaic Tile does not have any parent corporation;

3. No publicly-held corporation owns 10 percent or more of Mosaic Tile's stock;

4. Randall L. Stallworth and Kristin L. Stallworth are the owners of Mosaic Tile.

Dated: November 16, 2007
Beverly Hills, California

    /s/  Darrin Holender
Darrin Holender (State Bar No. 237015)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
dholender@cybertriallawyer.com

**CERTIFICATE OF SERVICE**

1  
2   I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
3  
4  
5   Paul W. Vapnek, Esq. (State Bar No. 36576)  
    Judith M. Schvimmer, Esq. (State Bar No. 230285)  
6   TOWNSEND AND TOWNSEND AND CREW LLP  
    Two Embarcadero Center, 8th Floor  
7   San Francisco, California 94111  
    Telephone: (415) 576-0200  
8   Facsimile: (415) 576-0300  
    pwvapnek@townsend.com  
9   jmschvimmer@townsend.com  
10  
    *Attorneys for Plaintiff Sunset Mountains, Inc.*
11  
12  
13  
14  
15  
                                            /s/ Darrin Holender
16                                          Darrin Holender (State Bar No. 237015)
                                            DOZIER INTERNET LAW, P.C.
17                                          9701 Wilshire Boulevard
                                            Suite 925
18                                          Beverly Hills, California 90212
                                            Telephone: (310) 651-3011
19                                          Facsimile: (310) 651-3012
                                            dholender@cybertriallawyer.com
20  
21                                          *Attorneys for Defendant Mosaic Tile Supplies, LLC*
22  
23  
24  
25  
26  
27  

Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC  
CASE NO C07-4007 PJH  
**MOSAIC TILE SUPPLIES, LLC'S DISCLOSURE STATEMENT**