RECEIVED

NOV 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Sunset Mountains, Inc., d/b/a Mosaic Tile Market, a California Corporation,

                Plaintiff(s),

v.

Mosaic Tile Supplies, LLC, a Texas Limited Liability Company,

                Defendant(s).

CASE NO. CV07-4007PJH

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John W. Dozier, Jr., an active member in good standing of the bar of the Supreme Court of Virginia whose business address and telephone number (particular court to which applicant is admitted) is

DOZIER INTERNET LAW, P.C.
301 Concourse Blvd., West Shore III, Suite 300
Glen Allen, VA 23059   Tel: (804) 346-9770

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Mosaic Tile Supplies, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/30/07

_____
United States District Judge