**Randall Stallworth**

| | |
|---|---|
| From: | Rebecca Lonergan [beccaloner@earthlink.net] |
| Sent: | Tuesday, December 24, 2002 4:41 PM |
| To: | Randall@mosaictilesupplies.com |
| Subject: | interest in becoming a regional distributor |

Hello Randall and Haleigh~

We have just discovered your web site and would like to discuss the possibility of becoming regional distributors of your products.

We are located in Los Gatos, California which is in Santa Cruz County between San Jose (Silicon Valley) and Santa Cruz. There is a thriving art community here but it is difficult to find mosaic art supplies nearby.

A bit about us:

I am a former eBay employee. I was their first Director of Staffing and my team helped to build the company from 150 to almost 1800 employees in less than 2 years. I left eBay 2 years ago to consult part time as a staffing director for a variety of Silicon Valley companies (www.staffupinc.com).
  I began consulting in order to be able to spend more time on my hobby of beaded jewelry making which is beginning to be a money making venture.
I use semi precious stones, vintage glass and sterling silver in my pieces and typically sell it at art fairs and local boutiques.


My husband David is a Manager of Systems Engineering for Checkpoint Software Technologies. He works primarily from home and spends his free time making fine furniture and wood products.

David and I have been collecting vintage art glass, glass beads, and mosaic art for several years and have recently begun working with mosaics in our own workshop. We are strictly beginners in the mosaic craft but are loving the learning process!

We have recently started a company, Sunset Mountains, and are incorporated with a resale license to sell handmade jewelry and crafts. Our website, www.sunsetmountains.com is currently under construction. We are members of the local art guild and our contacts with area artists are growing.

We are currently looking for a business opportunity which would combine our skills in business operations, marketing and sales with our passion for arts and crafts. We have a 2000 square foot workshop on our property which is an ideal space for warehousing products as well. We would love to discuss the possibility of becoming regional distributors of your products.

Kind regards and Happy Holidays~

1

Rebecca Lonergan and David Bousfield

ph 408-353-8428

beccaloner@earthlink.net

16000 Redwood Lodge Road
Los Gatos, CA 95033