Blogger
Get your own blogFlag BlogNext blog
Search This BlogSearch All BlogsBlogThis!

# ModWalls Designer Notes

**Tuesday, December 12, 2006**

## Dwell on Design Palm Springs

It was a beautiful few days in Palm Springs last week at Dwell Magazine's Dwell on Design conference at Hotel Zoso. The set up was slightly different than September's conference in San Francisco in that the Modern Marketplace exhibition, of which we were a part, took place at the same time as the conference and just outside of the conference room.

This means that we had the unique opportunity to enjoy all of the presentations as well. What a great show! It was such a pleasure to hear Robert Krisel and Donald Wexler among others speaking on their work in the early days of Palm Springs and its modernism "movement"...and to then have Don Wexler later stop by our booth and peruse our glass, steel and cork tile offerings...I was starstruck!

On the final day of the conference they staged modern home tours. As exhibitors we took part by installing a custom modwalls Kahuna gradient in the entry way of the Modern Living Spaces "Gibson" modern home. That's the photo above.

To see and purchase our products in Palm Springs head to the Modern Homes showroom at 2500 North Palm Canyon Drive Suite B5B.

And for the ultimate "old school" Palm Springs hotel experience- check out the Orbit In. It's cool kitties!

~Modwalls Designer Rebecca

posted by ModWalls Designer-Rebecca at 1:22 PM | 0 comments

**Tuesday, October 24, 2006**

## Giving Thanks to Many

This week the November Sunset Magazine has arrived, and in it, an article about our Mosaic Tile Market. It is wonderful to have this kind of recognition from such a respected publication. We are grateful to everyone involved, most notably Erika Ehmsen the writer, who discovered us over a

### About

MosaicTileMarket.com is your online tile showroom specializing in the latest trends in glass, stainless steel and porcelain tile for interior and exterior architectural applications. ModWalls- "Wrap Your Rooms in Retro" is our signature line of products inspired by modern architecture and design. Our products are available both retail and to the trade at www.MosaicTileMarket.com

### About Me

**Name:** Rebecca Lonergan
**Location:** United States

I'm a big fan of modern and mid century design and architecture. This interest led me to create the ModWalls line of glass tile blends and architectural surfaces in 2004. We've discovered thousands of like minded enthusiasts who've purchased our ModWalls products in record numbers. Our customers keep me inspired to continue creating and adding new cool products to the ModWalls line.

View my complete profile

### Links

Google News
Edit-Me
Edit-Me

### Previous

Dwell on Design Palm Springs
Giving Thanks to Many
Create Your Own Custom Tile Blends Online!
What's New...
Radiant Gradients...
Stainless Steel is Back in Stock!
They're Back!!!
Splish Splash!
COLOR INSPIRATION
Sale Ends July 4th!

### Archives

year ago as a customer. Thank you as well to the Stubelts whose gorgeous bathroom is featured in the article. It's customers like them who make our work so much fun.

Our appreciation and affection are also endless for the great people at HOPE Services in San Jose. Their devopmentally disabled clients are the production team behind our popular ModWalls blends. And biggest thanks go the the Stallworths, Haleigh and Randall. They are the creators of the Kaleidoscope brand of glass tile, and as mentioned in the Sunset article, helped us get our business going by allowing us to distribute their products and learn as we grew.

This business that we started just a few years ago has allowed us to realize our dream to live a more creative and peaceful life. I left work in the silicon valley almost 3 years ago to start the company. Earlier this year David Bousfield (my husband and partner) left the high tech world behind too, in order to join me in this venture full time. We're already experiencing the fun that comes from truly doing what you love.

We appreciate all of our past, present and future customers. You inspire us to source new, cool, fun and colorful tile products and architectural surfaces. Please keep telling us what you're wishing for.

Again... Thanks!

-Rebecca

posted by ModWalls Designer-Rebecca at 2:43 PM | 2 comments

January 2006
February 2006
March 2006
April 2006
May 2006
June 2006
July 2006
August 2006
September 2006
October 2006
December 2006

Powered by Blogger

Thursday, October 12, 2006

### Create Your Own Custom Tile Blends Online!

Here's How:

Introducing the new ModWalls® Tile Blender. It's our software program which allows you to use our extensive pallet of Kaleidoscope® 3/4" glass tile to create your own custom glass tile blends online in just minutes. You'll even be able to calculate your square footage, get pricing information, as well as try out a variety of grout colors!

Once you've selected your blend you can then email it to us and order a sample or a full production run. We work with the great people at HOPE Services to produce our ModWalls® blends locally in just 1-2 weeks.

Click here to start creating your own blends now.

We're already producing many new custom blends each week and I'm getting inspired by our customers' creativity. Thank you Thank you Thank you!

ModWalls® Designer-Rebecca

posted by ModWalls Designer-Rebecca at 4:34 PM | 1 comments

Free Hit Counters
Counters

Friday, September 29, 2006

What's New...

Hello fellow tile fans and modern design enthusiasts. I've been off of the blog for a few weeks but we've been doing some interesting things around here.

On September 15-17 we participated in the Dwell on Design conference and exhibition in San Francisco. It was an amazing conference featuring lectures and discussions from some of the top architects and visionaries in the modern design world.

We felt fortunate to have an exhibition booth there in the Design Source section, where we previewed some of our newest products. We have new ModDotz glazed ceramic penny rounds in 3 fun colors, and 2 new ModWalls metals stainless steel designs: Bars and Ovals.
The exhibition was open to the public on the 16th and 17th. My partner David and I met so many great people who share our enthusiasm for cool design and hot colors!
Since returning from the show we've been busy sending out samples to eager new customers.

In other news, we have a few container loads of new designs and old favorites, including the ModWalls Ibiza blend and a full stock of Illuminati Iridescent glass tile on the way to our ever expanding warehouse.

All of our newest designs and old favorites that are back in stock will be up on our website over the next few weeks. Have a wonderful weekend!

~Rebecca

posted by ModWalls Designer-Rebecca at 4:18 PM | 1 comments

Wednesday, August 30, 2006

Radiant Gradients...

Our new line of glass tile gradients is already a hit. In just the past few weeks we've put several into production. Using the latest computer technology we're able to customize any of our gradient designs or colorways to your space requirements.
Then we'll show you an image of the entire project before you confirm your order.
The image above shows our ModWalls Seabright blend in a custom gradient design for a client's bathroom tub and shower enclosure, and counter top.

These gradients can be made to order in any of the tile

blends shown on our gradients page, or to your own specifications from any of the colors of the Kaleidoscope brand of 3/4" glass tile that we sell. Gradients can also be done in radial, vertical, horizontal or diagonal designs as seen on this page of our website.

Once we've finalized your design, production is completed here in the USA; normally in just 2-3 weeks. You'll receive the tile in 1.15 sq.ft. numbered sheets with a complete installation diagram.

Think of these stunning gradient designs for your pool, spa, kitchen backsplash, shower, bathroom, dining room walls, fireplace surround or flooring.

So graduate to a gradient today!
    posted by ModWalls Designer-Rebecca at 12:01 PM | 1 comments

Monday, August 14, 2006

### Stainless Steel is Back in Stock!

Another popular product is back in stock here for immediate delivery. Our gorgeous stainless steel mosaic tile in our 5 regular styles, 50mm "checkerboard" squares, 20mm squares, 20mm x 4mm bricks, 75mm hexagons and 18mm penny rounds, along with 2 brand new and decidedly modern styles: 20mm x 5mm ovals and 50mm x 100mm straight joint bars- sool ultra cool! Photos of the 2 new styles will be up on the site by next week. For all other styles click here to view and order.
    posted by ModWalls Designer-Rebecca at 3:11 PM | 0 comments

Friday, August 04, 2006

### They're Back!!!

WOW! It's been worth the wait for these beauties. Our Unglazed porcelain Hexagon and Spiral floor tile, as well as our 18.5mm (approx 3/4") chalk squares are finally BACK IN STOCK. These gorgeous tile products are equally at home in vintage farmhouses or victorians as they are in the most modern of homes and city lofts. We sell them for

ModWalls Designer Notes                                                                 file:///C:/Documents%20and%20Settings/Local%20Settings...

Case 3:07-cv-04007-PJH    Document 25-8    Filed 12/03/2007    Page 5 of 5

retro-remodels and new construction alike. The heavy duty porcelain is the same color throughout and, when sealed before grouting, it resists staining and is non slip. It's not just for floors either. It's a very modern look for shower walls, kitchen backsplashes and swimming pools.

Many customers buy the black hex along with the chalk hex and insert the black to make random dots, borders or regulated flower patterns. You can also purchase the chalk/black spiral pattern and the chalk squares and replace the black squares with the chalk for a more subtle spiral pattern...or choose one of the 50+ colors we have in stock in the 18.5mm unglazed porcelain squares. These products are mesh mounted by the square foot sheet.

Click HERE for the link to our Unglazed Porcelain product page on our website, or call us for more information at (831)439-9734.

Happy Tiling!

ModWalls Designer -Rebecca

posted by ModWalls Designer-Rebecca at 1:46 PM | 0 comments