## Haleigh

**From:** Mosaic Tile Market [sales@mosaictilemarket.com]
**Sent:** Monday, April 03, 2006 1:18 PM
**To:** haleigh@mosaictilesupplies.com
**Subject:** Prism 1" custom blend?

Hi Peter-

I have a customer who wants a custom blend of 4 our Prism 1" colors of glass tile.
They need 113 sheets (110 sq.ft.).

I would like see if we can start ordering these custom projects through your factory. Is this something that you can do in this amount or is there a larger minimum or for such a custom project?
If you can do them I would get you color samples to match.
Here is the blend that this client wants:



30% our P165



30% of our P167



30% of our P145



10% of our P170

Please let me know what the options for this may be and, if it can be done, what would the price be?

Thank you,
Rebecca

Rebecca Lonergan
Mosaic Tile Market
Creators of
ModWalls™
"Wrap Your Rooms in Retro"
As seen in:
Atomic Ranch Magazine, Spring 2006

10/10/2007