**From:** Mosaic Tile Market [sales@mosaictilemarket.com]
**Sent:** Monday, April 03, 2006 1:25 PM
**To:** haleigh@mosaictilesupplies.com
**Subject:** Prism 1" custom blend?

Hi Haleigh

I have a customer who wants a custom blend of 4 our Prism 1" colors of glass tile.
They need 113 sheets (110 sq.ft.).

I would like see if we can start ordering these custom projects through Alan's factory? I guess this is something that we'd have to do in larger amounts per color and I'm not sure if this is good looking enough to do that.
Do you want to work with the old factory on these and get them samples of our current dye lots to see if they'll match?
I also have the local guy here that does this sort of project and may do it on a smaller basis...we just can't produce this amount here locally yet. Can you? What do you suggest?

Here is the blend that this client wants:

30% our P165

30% of our P167

30% of our P145

10% of our P170

Please let me know what the options for this may be and, if it can be done, what would the price be?

Thank you,
Rebecca

Rebecca Lonergan
Mosaic Tile Market
Creators of
ModWalls™
"Wrap Your Rooms in Retro"
As seen in:
Atomic Ranch Magazine, Spring 2006
DominoMag.com, February 2006
Timber Home Living Magazine, October 2005
Dwell Magazine, September 2005

Sunset Mountains, Inc.
PO Box 33011
Los Gatos, CA 95031
P 408-353-8428
F 408-353-9520