**From:** Mosaic Tile Market [sales@mosaictilemarket.com]
**Sent:** Wednesday, April 12, 2006 6:31 PM
**To:** haleigh@mosaictilesupplies.com
**Subject:** One custom Prism Blend

Hi Haleigh-

First of all, thank you for bringing up your concerns about my emails last week. I sincerely apologize for doing anything that would seem to be disloyal to you. It was not and is not my intention and I hope that we can move beyond this and continue working together in what I consider to be a wonderful partnership- or mentorship if you will, on your end. I took the idea too far in thinking that *I* could potentially ask another mfg. to work Prism colors into blends, as that is your trademark and if anyone should do that it would be you. I know that there's nothing I can say to alleviate the doubt you probably have about me right now, but in time I hope to earn back your trust as I take it as seriously as you do. I don't want to be another of the "rats" out there who have let you down after you've given so much to them. I hope that we can continue to have a great working relationship going forward.

Per our discussion today:

Here is the first of a few custom Prism blends I'd like to see if we can get made.

It's 25% of each of 4 Prism 1" colors.

P140 Tangerine
P152 Desert Rose
P154 Passion Fruit
P160 Limelight

If Alan's factory ends up working on this; for the green we'd prefer it to be the one he made for our 2" x 4" which is his number G20. And...if Alan ends up working on this the client would be happy with 8mm and I would too and would buy more if it were 8mm. I actually like this blend.

Please see the mockup below:
This incidentally is a first run of the custom blend tool that we're having our web developer try and create. Initially it will use Kaleidoscope and Aura ¾" and then, QTiles and finally; if we can get grids or a way to produce the Prism 1" locally in smaller amounts, (the grids you mentioned expecting would be great!) then we'll launch it with Prism as well as you see on the mockup below.

This thing has a lot of glitches so far, but you're welcome to it if you're interested. I know a long time ago you mentioned having someone working on one so not sure if that's close to completion or not.

I think that this one will come in pretty cheap as getting to this point has not taken many hours and we're paying this guy $30 an hour.

Okay. I'm still going back and forth with the aqua, teal Prism blend woman so will keep you posted on that one.

Thank you,
Becca


Thank you for using the ModWalls™ Blender. Here is a picture of your blend and the tiles you used to create it.

To order this blend simply forward this email to sales@mosaictilemarket.com

Sincerely,

The ModWalls™ Team
http://www.modwalls.com
http://www.mosaictilemarket.com