**From:** Haleigh [haleigh@mosaictilesupplies.com]
**Sent:** Thursday, April 13, 2006 3:47 PM
**To:** 'Mosaic Tile Market'
**Subject:** RE: One custom Prism Blend

Becca,

Thank you for your email and your apology. Per our discussion yesterday, if you and David decide that you want to go out on your own, we understand and support your choice, given that our palettes, trade names and factories are not involved, as in our NCND. Having said that, I appreciate the fact that you do want to continue to work with us, as Randall & I have enjoyed working with you and look forward to continuing our business relationship with you both. We'll get past this, as we have in the past, and all move forward successfully.

Re: The Blends, I'm emailing them on to Alan, and will advise as soon as I hear back from him. Give me an idea on these two blends what quantity you think you want to stock in addition to the client orders so that I can communicate that to Alan when he emails me back. I'll make sure to tell Alan if his factory takes this over that we want to use the G20 & 8mm thickness rather than the P160.

I like the blend tool- the trays should help with moving the Prism into the line-up. We appreciate the offer of using your system, but Keith and I have worked out a specification for the tool we're building, and we want to stick with what we've put together for now. I'm interviewing "possibles" for the programming, and hope that all will move smoothly once we've hired someone. I'm actually pretty psyched about what we've come up with, so I hope it is not too difficult to product in the end.

Talk to you soon…

Best Regards,
Haleigh Stallworth
Mosaic Tile Supplies, LLC
100 Anthony Ln.
Coldspring, TX 77331
Ph. (936) 653-8099
Fax (936) 653-8310
http://www.mosaictilesupplies.com
"Creating Rooms Made for Living™"

**From:** Mosaic Tile Market [mailto:sales@mosaictilemarket.com]
**Sent:** Wednesday, April 12, 2006 6:32 PM
**To:** haleigh@mosaictilesupplies.com
**Subject:** One custom Prism Blend

Hi Haleigh-

First of all, thank you for bringing up your concerns about my emails last week. I sincerely apologize for doing anything that would seem to be disloyal to you. It was not and is not my intention and I hope that we can move beyond this and continue working together in what I consider to be a wonderful partnership- or mentorship if you will, on your end. I took the idea too far in thinking that *I* could potentially ask another mfg. to work Prism colors into blends, as that is your trademark and if anyone should do that it would be you. I know that there's nothing I can say to alleviate the doubt you probably have about me right now, but in time I hope to earn back your trust as I take it as seriously as you do. I don't want to be another of the "rats" out there who have let you down after you've given so much to them. I hope that we can continue to have a great working relationship going forward.

Per our discussion today:

Here is the first of a few custom Prism blends I'd like to see if we can get made.

It's 25% of each of 4 Prism 1" colors.

P140 Tangerine
P152 Desert Rose
P154 Passion Fruit
P160 Limelight

If Alan's factory ends up working on this; for the green we'd prefer it to be the one he made for our 2" x 4" which is his number G20. And…if Alan ends up working on this the client would be happy with 8mm and I would too and would buy more if it were 8mm. I actually like this blend.

Please see the mockup below:
This incidentally is a first run of the custom blend tool that we're having our web developer try and create. Initially it will use Kaleidoscope and Aura ¾" and then, QTiles and finally; if we can get grids or a way to produce the Prism 1" locally in smaller amounts, (the grids you mentioned expecting would be great!) then we'll launch it with Prism as well as you see on the mockup below.

This thing has a lot of glitches so far, but you're welcome to it if you're interested. I know a long time ago you mentioned having someone working on one so not sure if that's close to completion or not.

I think that this one will come in pretty cheap as getting to this point has not taken many hours and we're paying this guy $30 an hour.

Okay. I'm still going back and forth with the aqua, teal Prism blend woman so will keep you posted on that one.

Thank you,
Becca


Thank you for using the ModWalls™ Blender. Here is a picture of your blend and the tiles you used to create it.

To order this blend simply forward this email to sales@mosaictilemarket.com

Sincerely,

The ModWalls™ Team
http://www.modwalls.com
http://www.mosaictilemarket.com



_____ NOD32 1.1486 (20060412) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com