| | |
|---|---|
| 1 | DOZIER INTERNET LAW, P.C. |
| 2 | DONALD E. MORRIS (*pro hac vice*) |
|   | Virginia State Bar No. 72410 |
| 3 | 301 Concourse Blvd. |
|   | West Shore III, Suite 300 |
| 4 | Glen Allen, Virginia 23059 |
| 5 | Telephone: (804) 346-9770 |
|   | Facsimile: (804) 346-0800 |
| 6 | don@cybertriallawyer.com |
|   | Attorneys for Defendant/Counterclaim-Plaintiff Mosaic Tile Supplies, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>Defendant. | Case No.: C-07-4007 (PJH)<br><br>**NOTICE OF APPEARANCE**<br><br>**JUDGE:  HON. PHYLLIS J. HAMILTON** |

TO:       The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE THAT the attorneys listed below are appearing for Defendant/Counterclaim-Plaintiff Mosaic Tile Supplies, LLC in the above-entitled action and request that all future papers or pleadings except original process be served upon the said attorneys at their address stated below.

- 1 -
Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**NOTICE OF APPEARANCE**

| | |
|---|---|
| John W. Dozier, Jr. (*pro hac vice*) | Donald E. Morris (*pro hac vice*) |
| Virginia State Bar No. 20559 | Virginia State Bar No. 72410 |
| DOZIER INTERNET LAW, P.C. | DOZIER INTERNET LAW, P.C. |
| 301 Concourse Blvd. | 301 Concourse Blvd. |
| West Shore III, Suite 300 | West Shore III, Suite 300 |
| Glen Allen, Virginia 23059 | Glen Allen, Virginia 23059 |
| Telephone: (804) 346-9770 | Telephone: (804) 346-9770 |
| Facsimile: (804) 346-0800 | Facsimile: (804) 346-0800 |
| jwd@cybertriallawyer.com | don@cybertriallawyer.com |

I certify that the above counsel are admitted to practice in this court *pro hac vice*.

Dated: December 6, 2007
Glen Allen, Virginia

                                              /s/   Donald E. Morris
                                            Donald E. Morris (*pro hac vice*)
                                            Virginia State Bar No. 72410
                                            DOZIER INTERNET LAW, P.C.
                                            301 Concourse Blvd.
                                            West Shore III, Suite 300
                                            Glen Allen, Virginia 23059
                                            Telephone: (804) 346-9770
                                            Facsimile: (804) 346-0800
                                            don@cybertriallawyer.com

                                            *Attorneys for Mosaic Tile Supplies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul W. Vapnek, Esq. (State Bar No. 36576)
Judith M. Schvimmer, Esq. (State Bar No. 230285)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com

*Attorneys for Sunset Mountains, Inc.*

/s/ Donald E. Morris
Donald E. Morris (*pro hac vice*)
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com

*Attorneys for Mosaic Tile Supplies, LLC*