DOZIER INTERNET LAW, P.C.
DONALD E. MORRIS (*pro hac vice*)
Virginia State Bar No. 72410
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com
Attorneys for Defendant/Counterclaim-Plaintiff Mosaic Tile Supplies, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>Defendant. | Case No.: C-07-4007 (PJH)<br><br>**MOSAIC TILE SUPPLIES LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>**JUDGE: HON. PHYLLIS J. HAMILTON** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

- 1 -

1

2

3   Dated: December 6, 2007
    Glen Allen, Virginia

4
                                            /s/   Donald E. Morris
5                                           Donald E. Morris (*pro hac vice*)
                                            Virginia State Bar No. 72410
6                                           DOZIER INTERNET LAW, P.C.
                                            301 Concourse Blvd.
7                                           West Shore III, Suite 300
                                            Glen Allen, Virginia 23059
8                                           Telephone: (804) 346-9770
                                            Facsimile: (804) 346-0800
9                                           don@cybertriallawyer.com

10
                                            *Attorneys for Mosaic Tile Supplies, LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                          - 2 -

27   Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
                              CASE NO C07-4007 PJH
               **MOSAIC TILE SUPPLIES LLC'S CERTIFICATION OF**
                   **INTERESTED ENTITIES OR PERSONS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Paul W. Vapnek, Esq. (State Bar No. 36576)
    Judith M. Schvimmer, Esq. (State Bar No. 230285)
    TOWNSEND AND TOWNSEND AND CREW LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
    pwvapnek@townsend.com
    jmschvimmer@townsend.com

*Attorneys for Sunset Mountains, Inc.*

 

/s/ Donald E. Morris_____
Donald E. Morris (*pro hac vice*)
Virginia State Bar No. 72410
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com

*Attorneys for Mosaic Tile Supplies, LLC*

Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**MOSAIC TILE SUPPLIES LLC'S CERTIFICATION OF**
**INTERESTED ENTITIES OR PERSONS**