DOZIER INTERNET LAW, P.C.
DONALD E. MORRIS (*pro hac vice*)
Virginia State Bar No. 72410
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com
Attorneys for Defendant/Counterclaim-Plaintiff Mosaic Tile Supplies, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation<br><br>                    Plaintiff,<br><br>        vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>                    Defendant. | Case No.: C-07-4007 (PJH)<br><br>**REQUEST TO ATTEND THE CASE MANAGEMENT CONFERENCE VIA TELEPHONE PURSUANT TO CIVIL L.R. 16-10(a)**<br><br>**JUDGE:  HON. PHYLLIS J. HAMILTON** |

Mosaic Tile Supplies, LLC, by counsel, subject to the approval of the Court, hereby requests that Donald E. Morris, counsel of record, be permitted to appear at the Case Management Conference scheduled for December 13, 2007 at 2:30 PM PST via telephone pursuant to Civil L.R. 16-10(a) of the United States District Court for the Northern District of California.

Counsel's participation in this manner will not in any way affect the conduct of this conference.

1     Counsel for Sunset Mountains, Inc. has consented to the relief requested.

2

3   Dated:  December 6, 2007
    Glen Allen, Virginia

4

5                                        /s/   Donald E. Morris
                                        Donald E. Morris (*pro hac vice*)
6                                       Virginia State Bar No. 72410
                                        DOZIER INTERNET LAW, P.C.
7                                       301 Concourse Blvd.
                                        West Shore III, Suite 300
8                                       Glen Allen, Virginia 23059
                                        Telephone: (804) 346-9770
9                                       Facsimile: (804) 346-0800
                                        don@cybertriallawyer.com
10

11                                      *Attorneys for Mosaic Tile Supplies, LLC*

12

13

14

15                                **ORDER**

16       The Court has reviewed the REQUEST TO ATTEND THE CASE MANAGEMENT
    CONFERENCE VIA TELEPHONE by Donald E. Morris.  The request is hereby granted.
17

18       IT IS SO ORDERED.

19  Dated: _____                         By:_____
                                                    Hon. Phyllis J. Hamilton
20                                                  United States District Judge

21

22

23

24

25

26
                                        - 2 -
27
    _____
              Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
                                 CASE NO C07-4007 PJH
        **REQUEST TO ATTEND THE CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul W. Vapnek, Esq. (State Bar No. 36576)
Judith M. Schvimmer, Esq. (State Bar No. 230285)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com

*Attorneys for Sunset Mountains, Inc.*

/s/ Donald E. Morris
Donald E. Morris (*pro hac vice*)
Virginia State Bar No. 72410
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com

*Attorneys for Mosaic Tile Supplies, LLC*

- 3 -

Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**REQUEST TO ATTEND THE CASE MANAGEMENT CONFERENCE VIA TELEPHONE**