UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** December 13, 2007                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4007 PJH

**Case Name:** Sunset Mountains, Inc. v. Mosaic Tile Supplies, LLC

**Attorney(s) for Plaintiff:**     Paul W. Vapnek; Judith M. Schvimmer
**Attorney(s) for Defendant:**     Donald E. Morris

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Not Reported

### PROCEEDINGS

    Initial Case Management Conference-Held.  The court informs the parties that the joint case management conference statement submitted to the court does not comply with the standing order for all Judges in the Northern District re: contents of joint case management statement.  The parties to submit an updated joint statement that complies with the standing order of this court within one week.  The court approves the parties proposed discovery limitations.  The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed by 4/15/08 .

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 9/17/08
**Expert disclosure:** 11/19/08
**Expert discovery cutoff:** 1/21/09
**Dispositive Motions heard by:** 11/19/08
**Pretrial Conference:** 2/19/09 at 2:30 p.m.
**Trial:** 3/16/09 at 8:30 a.m., for 4 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file; ADR