TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff/Counterdefendant
SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,,<br><br>Defendant. | Case No.   C-07-4007 (PJH)<br><br>**SUNSET MOUNTAINS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>JUDGE: HON. PHYLLIS J. HAMILTON |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than named parties, there is no such interest to report.

DATED: December 18, 2007

Respectfully submitted,

By: /s/ Judith Schvimmer
Judith M. Schvimmer
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff/Counterdefendant
SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET

61236557 v1

- 1 -
SUNSET MOUNTAINS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CASE NO. C-07-4007 (PJH)