DOZIER INTERNET LAW, P.C.
LEWIS T. MANN, III (State Bar No. 149887)
9701 Wilshire Boulevard
Suite 925
Beverly Hills, California 90212
Telephone: (310) 651-3011
Facsimile: (310) 651-3012
ted@cybertriallawyer.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>    Defendant. | Case No.: C-07-4007 (PJH)<br><br>**NOTICE OF APPEARANCE**<br><br>**JUDGE: HON. PHYLLIS J. HAMILTON** |

TO:     The Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE THAT the undersigned attorney is appearing for Defendant Mosaic Tile Supplies, LLC in the above-entitled action and requests that all future papers or pleadings except original process be served upon the said attorney at their address stated below. Please also take notice that the undersigned attorney will be replacing attorney Darrin Holender as the California attorney for Dozier Internet Law, P.C., and that attorney Holender should be

- 1 -
Sunset Mountains, Inc., d/b/a Mosaic Tile Market v. Mosaic Tile Supplies, LLC
CASE NO C07-4007 PJH
**NOTICE OF APPEARANCE**

1  removed as a recipient of all future papers or pleadings for the purpose of representation, service
2  and/or notice in this matter.

                          Lewis T. Mann, III (State Bar No. 149887)
                          DOZIER INTERNET LAW, P.C.
                          9701 Wilshire Boulevard
                          Suite 925
                          Beverly Hills, California 90212
                          Telephone: (310) 651-3011
                          Facsimile: (310) 651-3012
                          ted@cybertriallawyer.com

12      I certify that the above counsel is admitted to practice in this court.

15  Dated: January 25, 2008
16  Beverly Hills, California

17                            _/s/__ Lewis T. Mann, III_____
                          Lewis T. Mann, III (State Bar No. 149887)
                          9701 Wilshire Boulevard
                          Suite 925
                          Beverly Hills, California 90212
                          Telephone: (310) 651-3011
                          Facsimile: (310) 651-3012
                          ted@cybertriallawyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Paul W. Vapnek, Esq. (State Bar No. 36576)
    Judith M. Schvimmer, Esq. (State Bar No. 230285)
    TOWNSEND AND TOWNSEND AND CREW LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, California 94111
    Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
    pwvapnek@townsend.com
    jmschvimmer@townsend.com

*Attorneys for Plaintiff Sunset Mountains, Inc.*

    /s/ Lewis T. Mann, III_____
    Lewis T. Mann, III (State Bar No. 149887)
    DOZIER INTERNET LAW, P.C.
    9701 Wilshire Boulevard
    Suite 925
    Beverly Hills, California 90212
    Telephone: (310) 651-3011
    Facsimile: (310) 651-3012
    ted@cybertriallawyer.com

*Attorneys for Defendant Mosaic Tile Supplies, LLC*