# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sunset Mountains, Inc., <br><br>              Plaintiff(s), <br><br>    v. <br><br> Mosaic Tile Supplies, LLC, <br><br>              Defendant(s). | 07-04007 PJH MED <br><br> **Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

   The appointment of Christopher D. Sullivan to serve as the Mediator in this matter is vacated.  The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: January 30, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel

                                        _____
                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov

---

**Notice Vacating Appointment of Mediator**
07-04007 PJH MED                          - 1 -