United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **Northern District of California**

10  | Sunset Mountains, Inc.,                             07-04007 PJH MED

11  |                    Plaintiff(s),          **Notice of Appointment of Mediator**

12  |        v.

13  | Mosaic Tile Supplies, LLC,

14  |                    Defendant(s).

15  TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                              **Jack L. Slobodin**
                                Gordon & Rees
19                              275 Battery St., Suite 2000
                                San Francisco, CA 94105
20                              415-875-3104

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27

28

**Notice of Appointment of Mediator**
07-04007 PJH MED                        - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: February 12, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Alice M. Fiel

7

8
     _____
9                                          ADR Case Administrator
                                           415-522-3148
10                                         Alice_Fiel@cand.uscourts.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04007 PJH MED                    - 2 -