JACK L. SLOBODIN
JSLOBODIN@GORDONREES.COM
DIRECT DIAL: (415) 875-3104

# GORDON & REES LLP

ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

February 20, 2008

**VIA FACSIMILE**

TO: ALL COUNSEL

    Re: *Sunset Mountains, Inc. v. Mosaic Tile Supplies, LLC*
          U.S.D.C., No. Dist., No. C 07-04007 PJH MED

Dear Counsel:

    As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. My background can be found on the ADR website.

    Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session, as well as matters that could pose impediments;
- requirements for your written mediation statements;
- the court's rules regarding compensation of mediators;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

ALL COUNSEL
February 20, 2008
Page 2

      I anticipate that the telephone conference will last approximately one-half hour. I have set the telephone conference for **February 25, 2008 at 10:00 a.m.**

      Dial In Number:    888-435-4283
      Participant Passcode:    4158753261

*Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is April 15, 2008, based on the current scheduling order.

      I do not believe that I have any actual or potential conflicts of interest under 28 U.S.C. § 455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

      I look forward to assisting you on this case.

      Very truly yours,

      GORDON & REES LLP

      Jack L. Slobodin

JLS:bls

cc:    Clerk's Office-ADR Unit

//5434320v.1