TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com

Attorneys for Plaintiff and Counterclaim Defendant
SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
MARKET

DOZIER INTERNET LAW, P.C.
JOHN W. DOZIER (*pro hac vice*)
DONALD E. MORRIS (*pro hac vice*)
LEWIS T. MANN (State Bar No. 149887)
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
jwd@cybertriallawyer.com
don@cybertriallawyer.com
ted@cybertriallawyer.com

Attorneys for Defendant and Counterclaimant
MOSAIC TILE SUPPLIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>Defendant. | Civil Action No. C 07 4007 (PJH)<br><br>**STIPULATED CONSENT MOTION REGARDING MEDIATION DEADLINE AND [PROPOSED] ORDER** |

The undersigned parties hereby request that the deadline for participating in mediation in this action be extended for a period of at least ninety (90) days.

The parties originally asked the Court for a deadline of April 15, 2008, by which to participate in

1  mediation with a Court-appointed mediator.

2  The Court appointed Jack L. Slobodin to mediate the present action. The parties, through their
3  counsel, and Mr. Slobodin held a conference call on or about February 27, 2008. At that time, they
4  scheduled a one day mediation to be held in San Francisco on April 15, 2008.

5  On April 8, 2008, the parties were contacted by Mr. Slobodin's office and informed that Mr.
6  Slobodin would no longer be able to serve as the parties' mediator on April 15 due to the continuation of
7  a trial in another jurisdiction. Mr. Slobodin is still available to serve as the parties' mediator at a later
8  date. The parties are currently working together with Mr. Slobodin to schedule that date. The parties,
9  through their counsel, have also communicated with Robin Siefkin of the Court's ADR program
10 regarding this change in scheduling necessitated by the continuation in Mr. Slobodin's trial.

11 For the reasons stated above, the parties respectfully request that the Court grant a ninety (90)
12 day extension of the deadline by which they must participate in mediation. The requested reset deadline
13 for mediation is July 14, 2008.

Dated: April 22, 2008    By_____/Judith M. Schvimmer/_____
                             Paul W. Vapnek
                             Judith M. Schvimmer
                             Attorneys for Plaintiff and Counterclaim Defendant
                             SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
                             MARKET

Dated: April 22, 2008    By_____/Donald E. Morris/_____
                             John W. Dozier, Jr.
                             Donald E. Morris
                             Lewis T. Mann
                             Attorneys for Defendant and Counterclaimant
                             MOSAIC TILE SUPPLIES, LLC

///
///

**[PROPOSED] ORDER**

The Court finds that, the parties having been scheduled to participate in mediation on April 15, 2008, with Court-appointed mediator Jack L. Slobodin, and that mediation being postponed due to a change in Mr. Slobodin's schedule, shall have through July 14, 2008, to complete mediation.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

61235246 v1