1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   pwvapnek@townsend.com
5  jmschvimmer@townsend.com

6  Attorneys for Plaintiff and Counterclaim Defendant
   SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
7  MARKET

8  DOZIER INTERNET LAW, P.C.
   JOHN W. DOZIER (*pro hac vice*)
9  DONALD E. MORRIS (*pro hac vice*)
   LEWIS T. MANN (State Bar No. 149887)
10 301 Concourse Blvd.
   West Shore III, Suite 300
11 Glen Allen, Virginia  23059
   Telephone:  (804) 346-9770
12 Facsimile:  (804) 346-0800
   jwd@cybertriallawyer.com
13 don@cybertriallawyer.com
   ted@cybertriallawyer.com
14
   Attorneys for Defendant and Counterclaimant
15 MOSAIC TILE SUPPLIES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET. a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,<br><br>            Defendant. | Civil Action No. C 07 4007 (PJH)<br><br>**STIPULATED CONSENT MOTION REGARDING MEDIATION DEADLINE AND [P~~ROPOSED~~] ORDER** |

    The undersigned parties hereby request that the deadline for participating in mediation in this action be extended for a period of at least ninety (90) days.

    The parties originally asked the Court for a deadline of April 15, 2008, by which to participate in

1  mediation with a Court-appointed mediator.

2      The Court appointed Jack L. Slobodin to mediate the present action.  The parties, through their
3  counsel, and Mr. Slobodin held a conference call on or about February 27, 2008.  At that time, they
4  scheduled a one day mediation to be held in San Francisco on April 15, 2008.

5      On April 8, 2008, the parties were contacted by Mr. Slobodin's office and informed that Mr.
6  Slobodin would no longer be able to serve as the parties' mediator on April 15 due to the continuation of
7  a trial in another jurisdiction.  Mr. Slobodin is still available to serve as the parties' mediator at a later
8  date.  The parties are currently working together with Mr. Slobodin to schedule that date.  The parties,
9  through their counsel, have also communicated with Robin Siefkin of the Court's ADR program
10 regarding this change in scheduling necessitated by the continuation in Mr. Slobodin's trial.

11     For the reasons stated above, the parties respectfully request that the Court grant a ninety (90)
12 day extension of the deadline by which they must participate in mediation.  The requested reset deadline
13 for mediation is July 14, 2008.

14

15 Dated:  April 22, 2008                By_____/Judith M. Schvimmer/_____
16                                                   Paul W. Vapnek
                                                  Judith M. Schvimmer
17                                                   Attorneys for Plaintiff and Counterclaim Defendant
                                                  SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
18                                                   MARKET

19 Dated:  April 22, 2008                By_____/Donald E. Morris/_____
                                                  John W. Dozier, Jr.
20                                                   Donald E. Morris
                                                  Lewis T. Mann
21                                                   Attorneys for Defendant and Counterclaimant
                                                  MOSAIC TILE SUPPLIES, LLC
22

23 ///
24 ///
25
26
27
28

1                                            **[PROPOSED] ORDER**

2          The Court finds that, the parties having been scheduled to participate in mediation on April 15, 2008, with Court-appointed mediator Jack L. Slobodin, and that mediation being postponed due to a change in Mr. Slobodin's schedule, shall have through July 14, 2008, to complete mediation.

6   **IT IS SO ORDERED.**

7   Dated:   4/23/08



HON. _____ JUDGE
Judge Phyllis J. Hamilton

10   61235246 v1