| | |
|---|---|
| 1 | DOZIER INTERNET LAW, P.C. |
| | JOHN W. DOZIER (*pro hac vice*) |
| 2 | DONALD E. MORRIS (*pro hac vice*) |
| | LEWIS T. MANN (State Bar No. 149887) |
| 3 | 301 Concourse Blvd. |
| | West Shore III, Suite 300 |
| 4 | Glen Allen, Virginia  23059 |
| | Telephone:  (804) 346-9770 |
| 5 | Facsimile:  (804) 346-0800 |
| | jwd@cybertriallawyer.com |
| 6 | don@cybertriallawyer.com |
| | ted@cybertriallawyer.com |
| 7 | |
| | Attorneys for Defendant and Counterclaimant |
| 8 | MOSAIC TILE SUPPLIES, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET. a California corporation, | Civil Action No. C 07 4007 (PJH) |
| Plaintiff, | **MOSAIC TILE SUPPLIES, LLC'S MOTION FOR A MODIFICATION OF THE TRIAL DATE PURSUANT TO CIVIL L.R. 7-11** |
| v. | |
| MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company, | |
| Defendant. | |

Pursuant to Civil L.R. 7-11, the Defendant and Counterclaimant, Mosaic Tile Supplies, LLC ("Mosaic Tile"), through its undersigned attorneys, submits this Motion for a Modification of the Trial Date.  Mosaic Tile respectfully requests the court to move the trial date, currently scheduled for March 16, 2009, to September 8, 2009.  Mosaic Tile also requests that the Pretrial Conference date be moved from February 19, 2009, to August 11, 2009, and the date by which all dispositive motions be heard by be set as May 11, 2009.  In support of this Motion, Mosaic Tile states the following:

1. As the Court is aware, Mediation for this matter was originally set for completion by April 15, 2008. The Court appointed Jack L. Slobodin to mediate the present action. The parties, through their counsel, and Mr. Slobodin held a conference call on or about February 27, 2008. At that time, they scheduled a one-day mediation to be held in San Francisco on April 15, 2008. On April 8, 2008, the parties were contacted by Mr. Slobodin's office and informed that Mr. Slobodin would no longer be able to serve as the parties' mediator on April 15 due to the continuation of a trial in another jurisdiction. Mr. Slobodin was still available to serve as the parties' mediator at a later date.

2. The parties filed a Joint Stipulation requesting a modification of the Mediation completion date on April 22, 2008. By Order of this Court, entered on April 23, 2008, the Mediation completion date was moved to July 14, 2008.

3. Mediation between the parties is now currently scheduled for June 19, 2008.

4. As Mediation has been delayed for more than 60 days, it is respectfully submitted that the trial date should be moved to accommodate the now truncated schedule and to allow for the continued progress towards a good-faith settlement in this matter.

5. Additionally, during the Case Management Conference held on December 13, 2007, counsel for Mosaic Tile informed the court that co-counsel might not be available for trial in March 2009.

6. It has now become apparent that a conflict exists for co-counsel as to the March 16, 2009 trial date.

7. Counsel for Mosaic Tile contacted the Court and was notified that the earliest open dates for trial are during August and September 2009.

8. Counsel for Mosaic Tile has conferred with opposing counsel and determined that September 8, 2009 is an available date for all counsel and parties.

9. It should be noted, that all counsel and parties are available for trial during August 2009, if the Court so desires.

1
2         10.    Pursuant to Civil L.R. 7-11 and Civil L.R. 7-12, Mosaic Tile annexes hereto the
3   Joint Stipulation and the corresponding Proposed Order.
4
5   Respectfully submitted,
6
7
8
9
10  Dated: May 21, 2008            By    /Donald E. Morris/
11                                      John W. Dozier (*pro hac vice*)
12                                      Donald E. Morris (*pro hac vice*)
13                                      Lewis T. Mann (State Bar No. 149887)
14                                      DOZIER INTERNET LAW, P.C.
15                                      301 Concourse Blvd.
                                        West Shore III, Suite 300
16                                      Glen Allen, Virginia  23059
17                                      Telephone:  (804) 346-9770
                                        Facsimile:  (804) 346-0800
18                                      jwd@cybertriallawyer.com
                                        don@cybertriallawyer.com
19                                      ted@cybertriallawyer.com
20
21                                      Attorneys for Defendant and Counterclaimant
22                                      MOSAIC TILE SUPPLIES, LLC
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul W. Vapnek, Esq. (State Bar No. 36576)
Judith M. Schvimmer, Esq. (State Bar No. 230285)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
pwvapnek@townsend.com
jmschvimmer@townsend.com

Attorneys for Sunset Mountains, Inc.

/Donald E. Morris/
John W. Dozier (*pro hac vice*)
Donald E. Morris (*pro hac vice*)
Lewis T. Mann (State Bar No. 149887)
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore III, Suite 300
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
jwd@cybertriallawyer.com
don@cybertriallawyer.com
ted@cybertriallawyer.com

Attorneys for Mosaic Tile Supplies, LLC