1  DOZIER INTERNET LAW, P.C.
   JOHN W. DOZIER, JR. (*pro hac vice*)
2  DONALD E. MORRIS (*pro hac vice*)
   LEWIS T. MANN (State Bar No. 149887)
3  301 Concourse Blvd.
   West Shore III, Suite 300
4  Glen Allen, Virginia  23059
   Telephone:  (804) 346-9770
5  Facsimile:  (804) 346-0800
   jwd@cybertriallawyer.com
6  don@cybertriallawyer.com
   ted@cybertriallawyer.com
7
   Attorneys for Defendant and Counterclaimant
8  MOSAIC TILE SUPPLIES, LLC

9  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
10 JUDITH M. SCHVIMMER (State Bar No. 230285)
   Two Embarcadero Center, 8th Floor
11 San Francisco, California  94111
   Telephone:  (415) 576-0200
12 Facsimile:  (415) 576-0300
   pwvapnek@townsend.com
13 jmschvimmer@townsend.com

14 Attorneys for Plaintiff and Counterclaim Defendant
   SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
15 MARKET

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

20 SUNSET MOUNTAINS, INC., d/b/a MOSAIC        Civil Action No. C 07 4007 (PJH)
   TILE MARKET. a California corporation,
21                                              **JOINT STIPULATION REGARDING TRIAL**
              Plaintiff,                        **DATE AND OTHER RELEVANT DATES**
22
         v.
23
   MOSAIC TILE SUPPLIES, LLC, a Texas
24 limited liability company,

25            Defendant.

26

27

28

For the reason stated in Mosaic Tile's Motion for a Modification of the Trial Date, the parties agree to the modification of the relevant dates listed below and, as such, respectfully request:

1. That the Trial date be moved from March 16, 2009, to **September 8, 2009**;

2. That the Pretrial Conference date be moved from February 19, 2009, to **August 11, 2009**; and

3. That all Dispositive Motions be heard by **May 11, 2009**.

Dated: May 21, 2008        By        /Paul W. Vapnek/
                                     Paul W. Vapnek
                                     Judith M. Schvimmer
                                     Attorneys for Plaintiff and Counterclaim Defendant
                                     SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET

Dated: May 21, 2008        By        /Donald E. Morris/
                                     John W. Dozier, Jr.
                                     Donald E. Morris
                                     Lewis T. Mann
                                     Attorneys for Defendant and Counterclaimant
                                     MOSAIC TILE SUPPLIES, LLC

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: May___, 2008

_____
Judge Phyllis J. Hamilton