| | |
|---|---|
| 1 | DOZIER INTERNET LAW, P.C. |
| | JOHN W. DOZIER, JR. (*pro hac vice*) |
| 2 | DONALD E. MORRIS (*pro hac vice*) |
| | LEWIS T. MANN (State Bar No. 149887) |
| 3 | 301 Concourse Blvd. |
| | West Shore III, Suite 300 |
| 4 | Glen Allen, Virginia  23059 |
| | Telephone:  (804) 346-9770 |
| 5 | Facsimile:  (804) 346-0800 |
| | jwd@cybertriallawyer.com |
| 6 | don@cybertriallawyer.com |
| | ted@cybertriallawyer.com |
| 7 | |
| | Attorneys for Defendant and Counterclaimant |
| 8 | MOSAIC TILE SUPPLIES, LLC |
| | |
| 9 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | PAUL W. VAPNEK (State Bar No. 36576) |
| 10 | JUDITH M. SCHVIMMER (State Bar No. 230285) |
| | Two Embarcadero Center, 8th Floor |
| 11 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 12 | Facsimile:  (415) 576-0300 |
| | pwvapnek@townsend.com |
| 13 | jmschvimmer@townsend.com |
| | |
| 14 | Attorneys for Plaintiff and Counterclaim Defendant |
| | SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE |
| 15 | MARKET |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 20 | SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET. a California corporation, | Civil Action No. C 07 4007 (PJH) |
| 21 | | **JOINT STIPULATION REGARDING TRIAL DATE AND OTHER RELEVANT DATES** |
| 22 | Plaintiff, | AND ORDER MODIFYING REQESTED DATES |
| 23 | v. | |
| 24 | MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company, | |
| 25 | Defendant. | |

JOINT STIPULATION REGARDING TRIAL DATE AND OTHER RELEVANT DATES                                              - 1 -

1  For the reason stated in Mosaic Tile's Motion for a Modification of the Trial Date, the parties

2  agree to the modification of the relevant dates listed below and, as such, respectfully request:

3    1. That the Trial date be moved from March 16, 2009, to ~~September 8, 2009~~ August 10, 2009;

4    2. That the Pretrial Conference date be moved from February 19, 2009, to ~~August 11, 2009~~ July 23, 2009; and

6    3. That all Dispositive Motions be heard by ~~May 11, 2009~~ April 15, 2009.

10  Dated: May 21, 2008            By          /Paul W. Vapnek/
                                                Paul W. Vapnek
11                                              Judith M. Schvimmer
                                                Attorneys for Plaintiff and Counterclaim Defendant
12                                              SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE
                                                MARKET

13  Dated: May 21, 2008            By          /Donald E. Morris/
                                                John W. Dozier, Jr.
14                                              Donald E. Morris
                                                Lewis T. Mann
15                                              Attorneys for Defendant and Counterclaimant
                                                MOSAIC TILE SUPPLIES, LLC

19                                   PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

22  Dated: May 22, 2008

                                     IT IS SO ORDERED
                                     Judge Phyllis J. Hamilton
                                     UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA