**FILED**

JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sunset Mountains, Inc., | No. C 07-04007 PJH MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Mosaic Tile Supplies, LLC, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 6/19/08

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 6/23/08

**Mediator, Jack L. Slobodin**
Gordon & Rees
275 Battery St., Suite 2000
San Francisco, CA 94105

**Certification of ADR Session**
07-04007 PJH MED