TOWNSEND AND TOWNSEND AND CREW LLP
PAUL W. VAPNEK (State Bar No. 36576)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: pwvapnek@townsend.com

Attorneys for Plaintiff/Counterdefendant
SUNSET MOUNTAINS, INC., d/b/a
MOSAIC TILE MARKET

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNSET MOUNTAINS, INC., d/b/a MOSAIC TILE MARKET, a California corporation,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>MOSAIC TILE SUPPLIES, LLC, a Texas limited liability company,,<br><br>　　　　Defendant/Counterclaimant. | Case No. C-07-4007 (PJH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

- 1 -

1  IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel
2  of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6  DATED: July 30, 2008          TOWNSEND AND TOWNSEND AND CREW LLP

8                                 By: _____
                                       PAUL W. VAPNEK

                                  Attorneys for Plaintiff and Counterdefendant
                                  SUNSET MOUNTAINS, INC. d/b/a MOSAIC TILE
                                  MARKET

12  DATED: July 31, 2008

                                  By: _____
                                       DONALD E. MORRIS

                                  Attorneys for Defendant and Counterclaimant
                                  MOSAIC TILE SUPPLIES, LLC

- 2 -