1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
3  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
4  Email: pwvapnek@townsend.com

5

   Attorneys for Plaintiff/Counterdefendant
6  SUNSET MOUNTAINS, INC., d/b/a
   MOSAIC TILE MARKET
7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 SUNSET MOUNTAINS, INC., d/b/a MOSAIC    Case No. C-07-4007 (PJH)
   TILE MARKET, a California corporation,
11                                          **STIPULATION OF DISMISSAL
12          Plaintiff/Counterdefendant,     WITH PREJUDICE** AND ORDER

13          v.

14 MOSAIC TILE SUPPLIES, LLC, a Texas
   limited liability company,,
15
            Defendant/Counterclaimant.
16

17

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel

2 of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to

3 Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4

5

6 DATED: July 30, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

7

8                                         By: _____
                                              PAUL W. VAPNEK
9

10                                        Attorneys for Plaintiff and Counterdefendant
                                          SUNSET MOUNTAINS, INC. d/b/a MOSAIC TILE
11                                        MARKET

12 DATED: July 31, 2008

13                                        By: _____
                                              DONALD E. MORRIS
14

15                                        Attorneys for Defendant and Counterclaimant
                                          MOSAIC TILE SUPPLIES, LLC
16

17

18

19

20

21          7/31/08

22

23                               IT IS SO ORDERED

24                               Judge Phyllis J. Hamilton

25

26

27

28

- 2 -